UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE KAUFMAN | * | CIVIL ACTION NO.: |
|     PLAINTIFF | * | |
| | * | |
| VERSUS | * | |
| | * | |
| WAL-MART STORES, INC., WAL-MART | * | SECTION: |
| LOUISIANA, LLC and NATIONAL UNION | * | |
| FIRE INSURANCE COMPANY OF | * | MAGISTRATE: |
| PITTSBURGH, PA | * | |
|     DEFENDANTS | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes MICHELLE KAUFMAN, a person of full age of majority and a resident of the Parish of Orleans, State of Louisiana, and for her Complaint, respectfully avers as follows:

1.

## JURISDICTION

This Honorable Court has jurisdiction over this matter in diversity pursuant to 28 U.S.C. 1332. The Plaintiff is a citizen and resident of Louisiana. The defendants are citizens and/or residents of a state other than Louisiana. The amount in controversy exceeds the jurisdictional amount.

2.

Made defendants herein are:

1. Wal-Mart Stores, Inc., on information and belief, a corporation organized under the laws and statutes of the State of Delaware, authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the

owner and/or operator of the business located at 1901 Tchoupitoulas Street, New Orleans, Louisiana 70130, on information and belief known as the "Walmart Supercenter," store number 5022;

2. Wal-Mart Louisiana, LLC, on information and belief, a limited liability company organized under the laws and statutes of the State of Delaware, authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the owner and/or operator of the business located at 1901 Tchoupitoulas Street, New Orleans, Louisiana 70130, on information and belief known as the "Walmart Supercenter," store number 5022;

3. National Union Fire Insurance Company of Pittsburgh, PA, on information and belief, an insurance company authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, and at all times pertinent hereto, the liability or property insurer for defendants "Wal-Mart Stores, Inc." and "Wal-Mart Louisiana, LLC" for any and all liability which may be incurred in the present matter, which insurer is made a party herein pursuant to the Louisiana Direct Action statute, LSA –R.S. 22:1269 et seq.

3.

The defendants are liable unto the plaintiff under the laws and statutes of the State of Louisiana, jointly, severally, and *in solido*, in damages in a full and true sum to be determined at the trial of this matter, together with legal interest from the date of demand and all costs of these proceedings, for the following reasons, to wit:

4.

On or about July 18, 2015, the defendants, Wal-Mart Stores, Inc., and/or Wal-Mart Louisiana, LLC, was the owner and/or operator of a business located at 1901 Tchoupitoulas Street,

New Orleans, Louisiana 70130 which, on information and belief, was called "Wal-Mart Supercenter", store number 5022.  On that date, during business hours, plaintiff was a patron at the aforementioned business.  Suddenly and without warning and due to the negligence of the defendants, the plaintiff was caused to sustain severe and disabling injuries when an article of merchandise on a shelf fell and struck her, all of which the defendant and/or its employees, servants, and/or agents had actual or constructive notice and/or created.

5.

The plaintiff was in no manner negligent.  On information and belief, plaintiff alleges that the sole and proximate cause of the accident and her injuries, as described herein, was the negligence and/or failure of the defendants, and their employees, servants and/or agents, in carrying out their obligations and duties, individually and concurrently, in the following non-exclusive respects:

1. Failure to properly inspect and to maintain the premises, including stocking procedures and shelf merchandise organization;
2. Failure to discover and correct and unsafe conditions existing on the premises;
3. Failure to exercise reasonable care to prevent unsafe conditions on the premises;
4. Failure to warn the plaintiff of the dangerous and unsafe conditions on the premises;
5. Strict liability;
6. Res ipsa loquitor;
7. Breach of legally imposed duties of reasonable care owed by the defendant(s) to the plaintiff; and
8. Such other negligent actions and inactions to be proven at the trial of this matter.

6.

Solely by reason of the negligence of the defendants and other acts and inactions described herein, plaintiff sustained serious injuries including but not limited to the following: her face, nose, eyes and other parts of her head and body. As a result thereof, plaintiff has in the past and will in the future: require medicines, medical care, medical treatment, have to expend moneys and incur obligations for treatment and care, suffer agonizing aches, pains, and mental anguish, and be disabled from performing her usual duties, occupations and avocations.

7.

As a result of the aforesaid negligence, and breach of duties on the part of the defendants herein, plaintiff has suffered injuries and damages for which the defendants are liable unto her, plus legal interest from the date of demand and all costs of these proceedings.

8.

On information and belief, at all times pertinent hereto, the defendant, National Union Fire Insurance Company of Pittsburgh, PA, had in full force and effect a policy of liability insurance, insuring the defendants, Wal-Mart Stores, Inc., and Wal-Mart Louisiana, LLC, against any and all liability which may be incurred as a result of this matter.

9.

Complainant demands and is entitled to a jury trial on all claims asserted herein.

WHEREFORE, Michelle Kaufman, prays that this Complaint be deemed good and sufficient, and that after service hereof, due proceedings had and the expiration of all legal delays herein, that there judgment in favor of the plaintiff and against the defendants, Wal-Mart Stores, Inc., Wal-Mart Louisiana, LLC, and National Union Fire Insurance Company of Pittsburgh, PA, jointly, severally and *in solido*, in damages in an amount to be determined at trial, together with

interest from the date of demand until paid and all costs of these proceedings; and for such other relief as the law and equity may provide.

             **RESPECTFULLY SUBMITTED:**

             ___s/Julie Sumrall_____
             JULIE SUMRALL (21387)
             JOSHUA L. RUBENSTEIN (25229)
             DAVID C. WHITMORE (17864)
             LAWRENCE BLAKE JONES (7495)
             SCHEUERMANN & JONES, L.L.C.
             701 Poydras Street, Suite 4100
             New Orleans, Louisiana  70139
             Telephone:  (504) 525-4361
             Facsimile:  (504) 525-4380
             Attorneys of Record for Plaintiff,
             Michelle Kaufman