UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHELLE KAUFMAN** | * | **CIVIL ACTION: 2:16-cv-10446** |
| **PLAINTIFF** | * | |
| | * | |
| **VERSUS** | * | **SECTION E (3)** |
| | * | |
| **WAL-MART STORES, INC. AND WAL-MART** | * | **JUDGE: SUSIE MORGAN** |
| **LOUISIANA, LLC AND NATIONAL UNION** | * | **JURY TRIAL** |
| **FIRE INSURANCE COMPANY OF** | * | |
| **PITTSBURGH, PA** | * | |
| **DEFENDANTS** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

**IT IS ORDERED,** that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of September, 2018.

_____
JUDGE